K. KATEN & CO. ET AL. *v.* UNITED STATES

No. 5105.—Invoices dated Shanghai, China, October 28, 1939, etc.
Certified October 30, 1939, etc.
Entered at New York December 1, 1939, etc.
Entry No. 48453, etc.

(Decided January 23, 1941)

*Fred Bennett* for the plaintiffs.
*Charles D. Lawrence,* Acting Assistant Attorney General *(Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: Counsel for the respective parties have submitted the appeals listed in schedule A, hereto attached and made a part hereof, for decision upon a stipulation to the effect that the market value or price at or about the dates of exportation of the involved merchandise, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for export to the United States, in usual wholesale quantities and in the ordinary

course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, was the appraised value, less any amount added under duress.

On the agreed facts I find and hold the proper dutiable export value of the merchandise covered by said appeals to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.